```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In Re
Sandra and Lamont Greatheart,           Case #06-42764 ess
                Debtors.
----------------------------------------X
Richard E. O'Connell, as trustee in
bankruptcy,
                Plaintiff,
         -against-                       Adv. #06-1489 ess
Sandra and Lamont Greatheart, Debtors
                Defendant.
----------------------------------------X
```

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

     Mary E. Murphy, being duly sworn, deposes and says that she is over the age of 18 years, not a party to the action, resides in Flushing, New York, and that on November 8, 2006, pursuant to F.R.Bankr.P. 7004(b)(9), she served by first class mail a copy of the annexed Summons and Adversary Proceeding Complaint upon: (1) Jacob Silver, Attorney for debtor, 26 Court Street, Suite 2511, Brooklyn, NY 11242; (2) Sandra Greatheart, debtor/defendant, 178 Simonson Avenue, Staten Island, NY 10303; (3) Lamont Greatheart, debtor/defendant, 178 Simonson Avenue, Staten Island, NY 10303; (4) United States Trustee, att'n Guy Van Baalen, Esq., Assistant United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, NY. 11201.

                                                          <u>Mary E. Murphy</u>
                                                          Mary E. Murphy

Sworn to before me this
8th day of November, 2006
<u>s/Richard E. O'Connell</u>
Richard E. O'Connell
Notary Public, State of New York
No. 4626796
Qualified in Queens County
Commission expires January 31, 2007